FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 AUG 19 PM 12:31

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RAMIRO MARTINEZ** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO.** 08-4224 |
| **OFFSHORE SPECIALTY FABRICATORS, INC.** | * | **SECTION "** " SECT. L |
| | * | **MAG.** MAG. 3 |

* * * * * * *

**SEAMAN'S COMPLAINT**

**NOW INTO COURT**, by and through undersigned counsel, comes the Plaintiff, Ramiro Martinez, an adult resident citizen of Laguna Vista, Texas, and who respectfully represents the following, to-wit:

I.

This action is brought pursuant to Title 46 U.S.C. Section 688, the Jones Act, and all statutes supplemental and amendatory thereto, and pursuant to the General Maritime Laws of the United States. As such, pursuant to Title 28 U.S.C. Section 1916, Plaintiff is entitled to bring this action without the necessity of pre-payment of costs, fees or the posting of security.



Seaman
___ Fee
✓ Process
X Dktd
___ CtRmDep
___ Doc. No.

II.

Defendant, Offshore Specialty Fabricators, Inc. (hereinafter "Specialty"), is a domestic corporation, authorized to do and doing business within the Eastern District of Louisiana at the time of the accident complained of herein.

III.

On or about May 26, 2008, Plaintiff, Ramiro Martinez, was employed as a mechanic by Specialty, and assigned to the **D/B WILLIAM KALLOP**.

IV.

On or about May 26, 2008, Plaintiff was given direct orders and job duties to be performed on the **M/V MR. GILBERT,** a vessel owned, operated and controlled by the Defendant, Specialty.

V.

On or about May 26, 2008, Plaintiff was performing his regular duties aboard the **M/V MR. GILBERT** and was caused to severely and permanently injure himself while using a homemade sledgehammer, in an attempt to secure a pin. As a direct result thereof, Plaintiff sustained serious, permanent and disabling injuries to his cervical spine, upper extremities, thoracic spine, lumbar spine, and lower extremities.

VI.

A proximate cause of the accident complained of herein was the fault and/or negligence attributable to the Defendant, Specialty, in the following non-exclusive particulars, to-wit:

a. Failing to maintain a safe place to work;

b. Failing to use reasonably safe means and methods to perform the tasks at hand;

c. Failing to properly supervise the tasks being performed;

d. Failing to provide the proper and appropriate equipment to perform the tasks at hand;

e. Failing to operate the vessel in a reasonably safe manner;

f. Failing to adequately train the Plaintiff; and

g. Other negligent acts and/or omissions which will be shown at a trial of this action.

VII.

At all material times hereto, the **D/B WILLIAM KALLOP** and the **M/V MR. GILBERT** were unseaworthy in one or more of the following respects, to-wit:

a. The vessels were unsafe for the performance of the operations;

b. The vessels were not reasonably fit for their intended purpose;

c. The crew were inadequately trained for the operations being conducted at the time;

d. The vessels were not outfitted with proper and adequate equipment to perform their intended purpose; and

e. Other unseaworthy conditions to be determined at a trial of this action.

VIII.

Plaintiff, Ramiro Martinez, is entitled to maintenance and cure benefits from the above referenced Defendant, Specialty, until such time as he reaches maximum medical cure; and Plaintiff is entitled to recover attorney's fees and costs in the event that the Defendant, Specialty, unreasonably refuses to pay or discontinues maintenance and cure benefits.

**WHEREFORE**, the premises considered, the Plaintiff, Ramiro Martinez, prays for judgment herein and against the Defendant, Offshore Specialty Fabricators, Inc.; that they be served with a copy of this Seaman's Complaint, that they be cited to appear and answer same within the time delays allowed by law, and that after due proceedings are had, that there be judgment rendered herein in favor of Plaintiff, Ramiro Martinez, and against Defendant, Offshore Specialty Fabricators, Inc.,

in the full and total sum of THREE MILLION AND NO/100 ($3,000,000.00) DOLLARS, plus legal interest from the date of accident until paid, all costs of these proceedings, and for all other general, equitable and maritime relief.

Respectfully submitted,

**UNGAR & BYRNE**

**GREGORY T. DISCON (22037)**
**RANDY J. UNGAR (12387)**
**GEORGE W. BYRNE, JR. (3744)**
**KRISTI POST (17752)**
**HAL D. UNGAR (31344)**
365 Canal Street, Suite 2520
New Orleans, Louisiana 70130
Telephone: (504) 566-1616
**Counsel for Plaintiff, Ramiro Martinez**

**PLEASE SERVE:**

**OFFSHORE SPECIALTY FABRICATORS, INC.**
Through its registered agent for service of process:
Mr. Harlan F. Belanger
115 Menard Road
Houma, Louisiana 70363